THOMAS MADDOCK, Respondent, *v.* LIVINGSTON B. VANKLEECK et al., Appellants.

(Argued April 29, 1886; decided June 1, 1886.)

*David M. De Witt* for appellants.

*Frederic B. Jennings* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THOMAS NEWMAN, as Receiver, etc., Respondent, *v.* HORACE S. HODGE, Impleaded, etc., Appellant.

(Argued April 29, 1886; decided June 1, 1886.)

*L. C. Hall* for appellant.

*Henry M. Field* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.